UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CALEDONIAN-RECORD PUBLISHING )<br>COMPANY, INC. )<br>    Plaintiff )<br>)<br>        v. )<br>)<br>KEN WELLS, HORIZON VERMONT )<br>PUBLICATIONS, INC., d/b/a THE )<br>NEWPORT DAILY EXPRESS, and )<br>HORIZON PUBLICATIONS, INC., )<br>    Defendants ) | Docket No. 2:17-cv-206 |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties hereto, pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action may be dismissed as follows:

As to Count I (Conversion), and Count II (Unfair Business Competition):

DISMISSED WITHOUT PREJUDICE

As to Count III (Racketeer Influenced and Corrupt Organizations):

DISMISSED WITH PREJUDICE

Dated:    Burlington, Vermont
               January 26, 2018

    /s/ Robert B. Hemley
Robert B. Hemley, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
rhemley@gravelshea.com
For Plaintiff



- 2 -

/s/ Kenneth Wells
Kenneth Wells, Defendant, *pro se*


/s/ Ritchie E. Berger
Ritchie E. Berger, Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street, P.O. Box 988
Burlington, VT  05402-0988
(802) 864-5751
rberger@dinse.com
For Horizon Defendants

gravel & shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

- 2 -

gravel &
shea ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369